IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00114-WJM-MEH

SCOTT BAKER,

      Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC., a Washington corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2014.**

      The Stipulated Motion for Entry of Protective Order [filed April 16, 2014; docket #12] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.