IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00114-WJM-MEH

SCOTT BAKER,

    Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC., a Washington corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2014.**

    Defendant's Unopposed Motion to Restrict Exhibit Pursuant to D.C. Colo. LCivR 7.2 [filed September 30, 2014; docket #36] is **denied**. Pursuant to D.C. Colo. LCivR 7.2B, any motion to restrict public access to a document or proceeding must, among other showings, "[a]ddress the interest to be protected and why such interest outweighs the presumption of public access," and "[i]dentify a clearly defined and serious injury that would result if access is not restricted[.]" Defendant has not explained why Plaintiff's interest in keeping an address and phone number confidential outweighs the interest of the public in accessing Exhibit A to the motion to dismiss, nor has Defendant explained how Plaintiff could suffer "identity theft" or "economic harm" from the publication of Plaintiff's address and phone numbers, which typically can be accessed via an internet search or a telephone book.