**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0114-WJM-MEH

SCOTT BAKER,

    Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC., a Washington corporation,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Stipulation of Dismissal with Prejudice, filed August 12, 2015 (ECF No. 55). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 14th day of August, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge